Form 27 - AFFIDAVIT OF SERVICE

P3961778

**HELEN F. DALTON & ASSOCIATES, P.C** James Odonnell
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

---

CARLOS VELENTAGA AND PATRICIO CALLE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

index No. **1:20-cv-04789-RPK-PK**

PLAINTIFF  Date Filed
- vs -  Office No.
YANECK HOME IMPROVEMENT CORP. ETANO  Court Date.

DEFENDANT

---

STATE OF **NEW YORK**, COUNTY OF **NEW YORK** :SS:

**NORBERTO MALDONADO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **14TH** day of **NOVEMBER, 2020 1:17PM** at
    **61-80 GROVE STREET**
    **RIDGEWOOD NY 11385**
I served a true copy of the **CIVIL CASE INFORMATION STATEMENT, DEMAND FOR JURY TRIAL, SUMMONS IN A CIVIL ACTION/COLLECTIVE CLASS ACTION COMPLAINT** upon **YANECK HOME IMPROVEMENT CORP.** the **DEFENDANT** therein named by delivering to, and leaving personally with **JANE DOE (REFUSED FULL NAME), CO-TENANT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BLONDE**
APP.AGE: **60** APP. HT: **5'3** APP. WT: **180**
OTHER IDENTIFYING FEATURES

Sworn to before me this
18 day of NOV, 2020

NORBERTO MALDONADO DCA LIC #1246635
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-HFD-3961778

2a



SELENA INES ADAMES
NOTARY
NO. 01AD6365042
QUALIFIED IN NEW YORK COUNTY
COMM. EXP. 09-25-2021
STATE OF NEW YORK
PUBLIC

Form 27 - AFFIDAVIT OF SERVICE

P3961778

**HELEN F. DALTON & ASSOCIATES, P.C**   James Odonnell
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS VELENTAGA AND PATRICIO CALLE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | index No. **1:20-cv-04789-RPK-PK** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| YANECK HOME IMPROVEMENT CORP. ETANO | Court Date. |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**   :SS:

**NORBERTO MALDONADO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **14TH** day of **NOVEMBER, 2020 1:17PM** at
   **61-80 GROVE STREET**
   **RIDGEWOOD NY 11385**
I served a true copy of the **CIVIL CASE INFORMATION STATEMENT, DEMAND FOR JURY TRIAL, SUMMONS IN A CIVIL ACTION/COLLECTIVE CLASS ACTION COMPLAINT** upon **YANECK HOME IMPROVEMENT CORP.** the **DEFENDANT** therein named by delivering to, and leaving personally with **JANE DOE (REFUSED FULL NAME), CO-TENANT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BLONDE**
APP.AGE: **60** APP. HT: **5'3** APP. WT: **180**
OTHER IDENTIFYING FEATURES

Sworn to before me this
     day of         , 2020

NORBERTO MALDONADO DCA LIC #1246635
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-HFD-3961778

SELENA INES ADAMES
NOTARY
NO. 01AD6365042
QUALIFIED IN
NEW YORK COUNTY
COMM. EXP.
09-25-2021
STATE OF NEW YORK PUBLIC

2a