Form 2 - AFFIDAVIT OF SERVICE

P3961786

**HELEN F. DALTON & ASSOCIATES, P.C** James Odonnell
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

| CARLOS VELENTAGA AND PATRICIO CALLE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | index No. **1:20-cv-04789-RPK-PK** |
|---|---|
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| YANECK HOME IMPROVEMENT CORP. ETANO | Court Date. |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK** :SS:

**NORBERTO MALDONADO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **14TH** day of **NOVEMBER 2020**, **1:17PM** at **61-80 GROVE STREET , RIDGEWOOD, NY 11385**
I served the **CIVIL CASE INFORMATION STATEMENT, DEMAND FOR JURY TRIAL, SUMMONS IN A CIVIL ACTION/COLLECTIVE CLASS ACTION COMPLAINT** upon **JAN SZCZECINA, the DEFENDANT**, therein named by delivering and leaving a true copy or copies of the aforementioned documents with **JANE DOE (REFUSED FULL NAME), CO-TENANT**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BLONDE**

APP.AGE: **60** APP. HT: **5'3** APP. WT: **180**

OTHER IDENTIFYING FEATURES

On **11/18/2020** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
____ day of _____, 2020

NORBERTO MALDONADO DCA LIC #1246635
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-HFD-3961786

SELENA INES ADAMES
NOTARY
NO. 01AD6365042
QUALIFIED IN
NEW YORK COUNTY
COMM. EXP.
09-25-2021
STATE OF NEW YORK
PUBLIC

2a

**HELEN F. DALTON & ASSOCIATES, P.C**    James Odonnell
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS VELENTAGA AND PATRICIO CALLE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | index No. **1:20-cv-04789-RPK-PK** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. |
| YANECK HOME IMPROVEMENT CORP. ETANO | Court Date. |
| DEFENDANT | |

STATE OF **NEW YORK**, COUNTY OF **NEW YORK**     :SS:

**NORBERTO MALDONADO** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **14TH** day of **NOVEMBER 2020**, **1:17PM** at **61-80 GROVE STREET , RIDGEWOOD, NY 11385**
I served the **CIVIL CASE INFORMATION STATEMENT, DEMAND FOR JURY TRIAL, SUMMONS IN A CIVIL ACTION/COLLECTIVE CLASS ACTION COMPLAINT** upon **JAN SZCZECINA, the DEFENDANT**, therein named by delivering and leaving a true copy or copies of the aforementioned documents with **JANE DOE (REFUSED FULL NAME), CO-TENANT**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:

SEX: **FEMALE** COLOR: **WHITE** HAIR: **BLONDE**
APP.AGE: **60** APP. HT: **5'3** APP. WT: **180**
OTHER IDENTIFYING FEATURES

On **11/18/2020** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT**.

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
___ day of ___ 2020

NORBERTO MALDONADO DCA LIC #1246635
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 7-HFD-3961786

*[Notary seal: SELENA INES ADAMES, NOTARY PUBLIC, STATE OF NEW YORK, NO. 01AD6365042, QUALIFIED IN NEW YORK COUNTY, COMM. EXP. 09-25-2021]*

2a