UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

CARLOS VELENTANGA and PATRICIO CALLE,
individually and on behalf of all others similarly
situated,

                Plaintiffs,

      -v.-

YANECK HOME IMPROVEMENT CORP.
and JAN SZCZECINA, as an individual,

                Defendants.

--------------------------------------------------------------------x

20 CV 4789 (RPK) (PK)

**NOTICE OF APPEARANCE**

To The Clerk of This Court and All Attorneys of Record:

    PLEASE TAKE NOTICE that the undersigned hereby appears as the attorney for all defendants in the above-captioned action, and certifies that I am admitted to practice in this Court.

Dated: March 17, 2021
       Forest Hills, New York

                                            /S/
                                      ARTHUR H. FORMAN
                                      98-20 Metropolitan Avenue
                                      Forest Hills, New York 11375
                                      Telephone: (718) 268-2616
                                      Facsimile: (718) 575-1600
                                      Email: ahf@ahforman.com

                                      *Attorney for Defendants*