UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CARLOS VELENTANGA and PATRICIO CALLE,
individually and on behalf of all others similarly
situated,

                Plaintiffs,                              20 CV 4789(RPK)(PK)

    -v.-

                                                           **STIPULATION**

YANECK HOME IMPROVEMENT CORP.
and JAN SZCZECINA, as an individual,

                Defendants.

---------------------------------------------------------------X

IT IS HEREBY STIPULATED by the attorneys for the plaintiffs in the above-captioned action that the time for the defendants to answer the complaint in this action, other than to contest service of the summons and complaint, is extended to and including March 31, 2021.

Dated: March 17, 2021          HELEN F. DALTON & ASSOCIATES, P.C.
       Kew Gardens, New York

                                          *James O'Donnell*
                                          James O'Donnell, Esq.
                                          80-02 Kew Gardens Road, Suite 601
                                          Kew Gardens, New York 10022
                                          (718) 263-9591

                                          *Attorneys for Plaintiffs*

*SO ORDERED:*

*Peggy Kuo*
_____
       *U.S.M.J*