UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CARLOS VELETANGA and PATRICIO CALLE,
individually and on behalf of all others similarly
situated,

                Plaintiffs,

-v.-

YANECK HOME IMPROVEMENT CORP.
and JAN SZCZECINA, as an individual,

                Defendants.
-----------------------------------------------------------------------X

20 CV 4789 (RPK) (PK)

STIPULATION OF DISMISSAL
WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs CARLOS VELETANGA and PATRICIO CALLE and Defendants YANECK HOME IMPROVEMENT CORP. and JAN SZCZECINA through their respective undersigned counsel that, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action including all claims alleged therein as between the Plaintiffs and Defendants is dismissed with prejudice, with each party to bear their own fees and costs; and

**IT IS FURTHER STIPULATED AND AGREED THAT** the Plaintiffs are precluded from bringing any further claims under the Fair Labor Standards Act, the New York State Labor Law including the Wage Theft Prevention Act, or any federal, state or local law, for unpaid wages, including overtime pay, for the period set forth in Plaintiffs' Complaint. This Court shall retain jurisdiction to enforce the Parties' Settlement Agreement and Release.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or Facsimile signatures treated as originals.

Helen F. Dalton & Associates, P.C.

By: *James O'Donnell* 7/30/2021
    James O'Donnell, Esq.
    80-02 Kew Gardens Road, Suite 601
    Kew Gardens, NY 11415
    Tel: : (718) 263-9591
    E-Mail: jamespodonnell86@gmail.com

Attorneys for Plaintiffs

*Arthur Forman* 7/30/2021
Arthur H. Forman, Esq
98-20 Metropolitan Avenue
Forest Hills, New York 11375
Tel: (718) 268-2616;
E-Mail: ahf@ahforman.com

Attorney for Defendants

SO ORDERED: /s/ Taryn A. Merkl
                      United States Magistrate Judge

2